

# Fourth Court of Appeals
## San Antonio, Texas

February 14, 2018

No. 04-17-00743-CR

**EX PARTE** Derrick Lee **HUDSON,**

From the 452nd District Court, Kimble County, Texas
Trial Court No. 2014-DCR-0507-W
Honorable Robert Hofmann, Judge Presiding

# O R D E R

Appellant's brief was due on February 1, 2018. On February 7, 2018, Appellant's court-appointed attorney advised this court that Appellant agreed to dismiss his appeal if he was discharged from jail, and Appellant was discharged. Counsel reported that he has not been able to communicate with his client to obtain his signature on a motion to dismiss the appeal. *See* Tex. R. App. P. 42.2(a).

Therefore, we ABATE this appeal and REMAND the cause to the trial court. *See* Tex. R. App. P. 38.8(b); *Samaniego v. State*, 952 S.W.2d 50, 52–53 (Tex. App.—San Antonio 1997, no pet.). We ORDER the trial court to conduct a hearing in compliance with Rule 38.8(b) to answer the following question:

Does Appellant desire to prosecute his appeal?

The trial court may, in its discretion, receive evidence on the question by sworn affidavit from Appellant or by allowing Appellant and counsel to appear by electronic means (e.g., telephone or video conference). *See id.* R. 38.8(b)(3).

The trial court is further ORDERED to file supplemental clerk's and reporter's records in this court, not later than THIRTY DAYS from the date of this order, which shall include the following: (1) a transcription of the hearing and copies of any documentary evidence admitted, (2) written findings of fact and conclusions of law, and (3) recommendations addressing the above enumerated question. *See id.*

All other appellate deadlines are SUSPENDED pending further order of this court.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of February, 2018.



KEITH E. HOTTLE,
Clerk of Court